(October 6, 1970)

In the Matter of FRED L. WALKER et al., Appellants-Respondents, v. CHARLES F. FURST et al., Constituting the Board of Elections of the County of Rockland, et al., Respondents, and JAMES P. RICE, Respondent-Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.